# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 8:13-BK-11424 CPM
**Case Name:** RICHARDSON, VINCENT E
MONEY-RICHARDSON, MICHELLE
**Period Ending:** 09/30/13

**Trustee:** (290039)    RICHARD M. DAUVAL
**Filed (f) or Converted (c):** 08/28/13 (f)
**§341(a) Meeting Date:** 09/27/13
**Claims Bar Date:** 12/20/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1  Homestead residence located at 2244 Habersham, D  Imported from original petition Doc# 1  (See Footnote) | 132,163.00 | 0.00 | | 2,500.00 | 4,500.00 |
| 2  Wells Fargo Checking Account Ending 1438 owned j  Imported from original petition Doc# 1 | 63.75 | 0.00 | | 0.00 | FA |
| 3  Wells Fargo Savings Account Ending 2789 owned jo  Imported from original petition Doc# 1 | 52.00 | 0.00 | | 0.00 | FA |
| 4  Wells Fargo Checking Account Ending 5974  Imported from original petition Doc# 1 | 170.67 | 0.00 | | 0.00 | FA |
| 5  Wells Fargo Savings Account Ending 5635  Imported from original petition Doc# 1 | 105.44 | 0.00 | | 0.00 | FA |
| 6  Miami University Community Federal Credit Union  Imported from original petition Doc# 1 | 5.00 | 0.00 | | 0.00 | FA |
| 7  2 sofas, 1 desk, 2 recliners, 2 sofa tables, 2 l  Imported from original petition Doc# 1 | 1,587.00 | 0.00 | | 0.00 | FA |
| 8  Miscellaneous compact discs, books, decorative i  Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 9  Miscellaneous men's, women's, and children's clo  Imported from original petition Doc# 1 | 350.00 | 0.00 | | 0.00 | FA |
| 10  Miscellaneous men's and women's "costume" jewelr  Imported from original petition Doc# 1 | 10.00 | 0.00 | | 0.00 | FA |

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8:13-BK-11424 CPM  
**Case Name:** RICHARDSON, VINCENT E  
MONEY-RICHARDSON, MICHELLE  
**Period Ending:** 09/30/13

**Trustee:** (290039)   RICHARD M. DAUVAL  
**Filed (f) or Converted (c):** 08/28/13 (f)  
**§341(a) Meeting Date:** 09/27/13  
**Claims Bar Date:** 12/20/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 11 | 7 individiual fishing poles in well-used conditi<br>Imported from original petition Doc# 1 | 14.00 | 0.00 | | 0.00 | FA |
| 12 | 2013 Income Tax Refund, if any<br>Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 13 | 2003 Ford F-150 pickup truck VIN: 1FTRX17W23NA66<br>Imported from original petition Doc# 1 | 2,225.00 | 0.00 | | 0.00 | FA |
| 14 | 2013 Ford Escape utility vehicle - see Schedule<br>Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 15 | 2 Miniature Schnauzer dogs, not for breeding or<br>Imported from original petition Doc# 1 | 1.00 | 0.00 | | 0.00 | FA |
| **15** | **Assets**      **Totals** (Excluding unknown values) | **$136,796.86** | **$0.00** | | **$2,500.00** | **$4,500.00** |

RE PROP# 1      Attempting to sell the home subject to all liens and encumbrances. Current Trustee value reflects  
good faith estimate as to market value

---

**Major Activities Affecting Case Closing:**

10/14/13: auction complete, in receipt of deed and sales proceeds. Lender has objected to the sale. Emailed buyer that I will hold the proceeds in escrow based on the outcome of the objection. Hired LDB: T10142013113942.  Emailed lender to see what they want to do.  
10/04/13: original buyer backed out do to high counter bid, sent refund check.  
09/29/13: rec'd second offer on home, emailed info to AP to set up ohone auction. MTLS filed by creditor, but no objection to sale.  
09/19/13: payment in, sent escrow affidavit to BMS

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8:13-BK-11424 CPM
**Case Name:** RICHARDSON, VINCENT E
MONEY-RICHARDSON, MICHELLE
**Period Ending:** 09/30/13

**Trustee:** (290039)   RICHARD M. DAUVAL
**Filed (f) or Converted (c):** 08/28/13 (f)
**§341(a) Meeting Date:** 09/27/13
**Claims Bar Date:** 12/20/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

09/17/13: Served Notice of Asset and Notice of Sale
09/16/13: rec'd offer on home. Emailed DA to verify intentions. DA confirmed intentions.

home, that's it.

**Initial Projected Date Of Final Report (TFR):**  February 15, 2014     **Current Projected Date Of Final Report (TFR):**  February 15, 2014

**Form 2**

**Cash Receipts And Disbursements Record**

Page: 1

| **Case Number:** | 8:13-BK-11424 CPM | | **Trustee:** | RICHARD M. DAUVAL (290039) |
|---|---|---|---|---|
| **Case Name:** | RICHARDSON, VINCENT E | | **Bank Name:** | Rabobank, N.A. |
| | MONEY-RICHARDSON, MICHELLE | | **Account:** | ****315366 - Checking Account |
| **Taxpayer ID #:** | **-***1058 | | **Blanket Bond:** | $63,640,000.00  (per case limit) |
| **Period Ending:** | 09/30/13 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/19/13 | {1} | Titan Capital | good faith deposit for purchse of estate's interest in real property, see notice of asset: dkt no. 10 | 1110-000 | 2,500.00 | | 2,500.00 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,490.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | **2,500.00** | **10.00** | **$2,490.00** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | **2,500.00** | **10.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$2,500.00** | **$10.00** | |

| Net Receipts : | 2,500.00 |
|---|---|
| Net Estate : | $2,500.00 |

| **TOTAL - ALL ACCOUNTS** | **Net Receipts** | **Net Disbursements** | **Account Balances** |
|---|---|---|---|
| **Checking # ****315366** | **2,500.00** | **10.00** | **2,490.00** |
| | **$2,500.00** | **$10.00** | **$2,490.00** |