UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                  Case No: 8:13-BK-11424
                                                                        Chapter 7
Richardson, Vincent E
Money-Richardson, Michelle
         Debtor(s).
_____/

## NOTICE OF FILING TRUSTEE'S WARRANTY DEED

    PLEASE TAKE NOTICE THAT, Richard M. Dauval, Trustee, hereby files the attached copy of the Trustee's Warranty Deed issued to BPTR LLC.

    Dated: November 19, 2013

                                            /s/ Richard M. Dauval
                                            RICHARD M. DAUVAL
                                            Chapter 7 Trustee
                                            PO Box 13607
                                            St. Petersburg, FL 33733
                                            Phone: (727) 327-3328
                                            Fax:    (727) 327-3305

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Trustee's Notice of Filing Trustee's Warranty Deed was furnished electronically and/or by U.S. Mail on this day, November 19, 2013:

  U.S. Trustee, USTPRegion21.TP.ecu@usdoj.gov ; Vincent E Richardson & Michelle Money-Richardson, 2244 Habersham Dr., Clearwater, FL 33764, Debtor's Attorney, Esq., veronica@roberteckardlaw.com

                                            /s/ Richard M. Dauval
                                            RICHARD M. DAUVAL
                                            Chapter 7 Trustee

Prepared By and Return To:
Isaac Manzo, Esq.
Manzo & Associates, P.A.
4767 New Broad Street
Orlando, FL 32814

# TRUSTEE'S DEED

**THIS TRUSTEE'S DEED** is made and executed this _18th_ day of ~~October,~~ *November* 2013 by **Richard Dauval, as Chapter 7 Trustee for the Estate of Vincent E Richardson and Michelle Money-Richardson, Case No. 8:13-bk-11424-CPM, filed in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division,** whose post office address is P.O. Box 13607, St. Petersburg, FL 33733-3607 (hereinafter called the "GRANTOR"), to BPTR LLC, As Trustee under the 2244 Habersham Land Trust dated this _18_ day of ~~October,~~ *November* 2013, with full power and authority, to protect, conserve, sell, lease, defend, encumber or otherwise manage and dispose of said property pursuant to Florida Statute 689.071, (hereinafter called the "GRANTEE"), whose post office address is: 4767 New Broad St., Orlando, FL 32814.

(Wherever used herein the terms "Grantor" and "Grantee" include all the parties to this instrument, singular and plural, and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, wherever the context so admits or requires.)

WITNESSETH that Grantor, pursuant to the Bankruptcy Code allowing for the sale of Estate's interest in Non-Homestead Real Property, and in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration to said Grantor, in hand paid by Grantee, the receipt and sufficiency of which is hereby acknowledged, does hereby grant, bargain, sell, alien, remise, release, convey and confirm unto Grantee, its heirs and assigns forever, any and all right, title, interest and claim which Grantor has in and to that certain real property lying and being in the County of Pinellas, State of Florida, more particularly described as follows:

**SEE ATTACHED EXHIBIT "A"**, attached hereto and incorporated herein by this reference (the "Property").

This conveyance is subject to all accrued and accruing taxes and assessments, and all liens, encumbrances, covenants, conditions, restrictions and actions of record or otherwise, except nothing herein shall operate to re-impose same. The Grantee and its successors, and/or assigns shall have the benefit of and Grantor does hereby assign unto Grantee any defense available to the Grantor, debtor or to the debtor's bankruptcy estate as against any entity other than the estate, including statutes of limitation, statutes of frauds, usury, standing, negotiability, conditions precedent to foreclosure and all other personal defenses. The intent of the Grantor shall include the rights of the Grantor with respect to any rights the Grantor has. A waiver of any such defense by the Grantor, debtor, or by the estate after the date of this Trustee's Deed does not bind the Grantee or its successors or assigns.

TOGETHER with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

TO HAVE AND TO HOLD the same in fee simple forever.

AND THE GRANTOR hereby covenants with said GRANTEE, its heirs and assigns, that in all things preliminary to and in and about the sale and this conveyance, the Orders of the Bankruptcy Court and the laws of the United States have been followed and complied with in all respects and that the premises are free from any encumbrances made by the GRANTOR.

Grantor executed this instrument only in Grantor's capacity as Trustee of the above referenced bankruptcy estate and no personal judgment shall ever be sought or obtained against Grantor individually by reason of this instrument.

THE INTERESTS of the beneficiaries under said Land Trust is personal property. Persons dealing with the Land Trust Trustee are not obligated to look to the application of purchase monies. The interest of the beneficiaries is solely in the rights, proceeds and avails of Land Trust Property, not in the title, legal or equitable, of said real estate. The liability of the Land Trust Trustee under this Deed and the trust Agreement is limited to the assets of the trust and the Land Trust Trustee hereunder has no personal liability whatsoever.

IN THE EVENT of the resignation of the Land Trust Trustee, the trust agreement provides for the appointment of a Successor Land Trust Trustee. The filing of an Affidavit of Acceptance by the Successor Land Trust Trustee shall be effective to vest title to the Successor Land Trust Trustee.

IN WITNESS WHEREOF, the said Grantor has caused these presents to be executed the day and year first above written.

*Signed, sealed and delivered in the presence of:*

_____
Witness
Ryan N. Singleton
Print Name

_____
Witness
Johnny Petty
Print Name

GRANTOR:

_____
Richard Dauval, as Chapter 7 Trustee
for the Estate of Vincent E Richardson
and Michelle Money-Richardson, Case
No. 8:13-bk-11424-CPM filed in the
United States Bankruptcy Court for the
Middle District of Florida, Tampa
Division

STATE OF FLORIDA
COUNTY OF PINELLAS

I HEREBY CERTIFY that on this day before me, an officer duly qualified to take acknowledgments, personally appeared Richard Dauval, as Chapter 7 Trustee for the Estate of Vincent E Richardson and Michelle Money-Richardson, to me known to be the person described in and who executed the foregoing instrument and acknowledged before me they executed the same.

WITNESS my hand and official seal in the County and State last aforesaid this 18TH day of ~~October~~ November, 2013.

TEIAH KAY HESTER
Notary Public - State of Florida
My Comm. Expires May 17, 2017
Commission # EE 874145

_____
Notary Public
Printed Name: Teiah Kay Hester
My Commission Expires: 5-17-17



**EXHIBIT "A" TO DEED**

**Legal Description**

Lot 76 and the East One (1) foot of Lot 77, MORNINGSIDE ESTATES UNIT 1, according to the map or plat thereof as recorded in Plat Book 59, Pages 58 and 59, Public Records of Pinellas County, Florida.

Address: 2244 Habersham Dr, Clearwater, FL 33764

Parcel ID No. 19-29-16-58986-000-0760